MARK CHERRY 16361-027
Name and Prisoner Number/Alien Registration Number

FCI Tucson
Place of Confinement

P.O. Box 23 23811
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED
RECEIVED _____ COPY

AUG 1 9 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

MARK ANTHONY CHERRY                     )
(Full Name of Petitioner)                )
                                         )
                    Petitioner,          )    CASE NO.    CV-24-00408-TUC-JGZ--BGM
                                         )               (To be supplied by the Clerk)
                    vs.                  )
                                         )
B. Hudson                                )
(Name of Warden, Jailor or authorized person )    **PETITION UNDER 28 U.S.C. § 2241**
having custody of Petitioner)            )    **FOR A WRIT OF HABEAS CORPUS**
                                         )    **BY A PERSON IN FEDERAL CUSTODY**
                    Respondent.          )
                                         )

## PETITION

1.  What are you challenging in this petition?
    ☐ Immigration detention
    ☐ Bureau of Prisons sentence calculation or loss of good-time credits
    ☐ Probation, parole or supervised release
    ☑ Other (explain): Eligibility to receive First STEP ACT time credits

2.  (a) Name and location of the agency or court that made the decision you are challenging: _____
    Federal Bureau of Prisons

    (b) Case or opinion number: _____

    (c) Decision made by the agency or court: To deny eligibility for First STEP ACT to people who have served 924(c) sentences.

Revised 3/9/07                                    1                                    **530**

(d) Date of the decision: _August 2020_____

3. Did you appeal the decision to a higher agency or court?    Yes ☐    No ☑

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____
    _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____
    _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

(3)  Opinion or case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _Due to_
_agency deference, any attempt to remedy or appeal the decision_
_made by the B.O.P would have referred back to the Chevron_
_doctrine, allowing the validation of there decision._

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?          Yes ☐          No ☑

If yes, answer the following:

(a)  Name of the agency or court: _____

(b)  Date you filed: _____

(c)  Opinion or case number: _____

(d)  Result: _____

(e)  Date of result: _____

(f)  Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**CAUTION:**  To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

**GROUND ONE:** The F.B.O.P has decided that I am ineligible to obtain First STEP ACT time credits based upon aggregation of my sentence. 924(c) and 924(j) respectively. I should've been eligible to receive FSA time credit upon the termination of the 924(c) sentence. The F.B.O.P has overreached in its discretion and is in violation of Federal Law 18 U.S.C. § 3632 and 28 C.F.R. § 523.41 (d)(2)

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

1) 924(c) cannot run concurrently with any other charge.
2) 924(j) is not included in disqualifying sentences of First STEP ACT.
3) F.B.O.P PROGRAM POLICY STATEMENT 5880.28 determines that 924(c) sentences be served first.
4) A previous sentence of 924(c) is not included in disqualifying sentences of FSA of 2018.
5) I have served the required time for my 924(c) sentence.
6) I have done approximately 16 months and counting of Evidence Based Recidivism Reduction Programming.
7) Aggregation of sentences is for administrative purposes only.

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☐    No ☑

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
   This is a facial challenge to the interpretation and implementation by the Federal Bureau of Prisons, of a law passed by the legislature in 2018. An exhaustion of administrative remedies would have resulted in the agency continuing its practices, deeming the exhaustion of remedies futile.

**GROUND TWO**: _____

_____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Two?     Yes ☐     No ☐

(c)  If yes, did you present the issue to:
      ☐ The Board of Immigration Appeals
      ☐ The Office of General Counsel
      ☐ The Parole Commission
      ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____
_____
_____
_____
_____
_____

**GROUND THREE**: _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Three?    Yes ☐    No ☐

(c)  If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

_____

_____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____
_____
_____
_____

    (a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    (b)  Did you exhaust all available administrative remedies relating to Ground Four?    Yes ☐    No ☐

    (c)  If yes, did you present the issue to:
        ☐ The Board of Immigration Appeals
        ☐ The Office of General Counsel
        ☐ The Parole Commission
        ☐ Other: _____

    (d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

_____
_____
_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐        No ☑
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

     If yes, answer the following:

     (a)    Have you filed a motion under 28 U.S.C. § 2255?        Yes ☐        No ☑

          If yes, answer the following:

          (1)  Name of court: _____

          (2)  Case number: _____

          (3)  Opinion or case number: _____

          (4)  Result: _____

          (5)  Date of result: _____

          (6)  Issues raised: _____
                 _____
                 _____
                 _____

          **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

     (b)    Explain why the remedy under § 2255 is inadequate or ineffective: _____
     _____
     _____
     _____
     _____

8.    If this case concerns immigration removal proceedings, answer the following:

     (a)    Date you were taken into immigration custody: _____

     (b)    Date of removal or reinstatement order: _____

     (c)    Did you file an appeal with the Board of Immigration Appeals?        Yes ☐        No ☐

          (1)  Date you filed: _____

          (2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?      Yes ☐      No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: Eligibility for the First Step Act and the time credits for the Evidence Based Recidivism Reduction programming that I have been participating in since July of 2020. So that it may be used once I have achieved the status of Low Recidivism.

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____(month, day, year).

_____

**Signature of Petitioner**

_____          _____

Signature of attorney, if any                              Date

9