# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Cherry,<br><br>　　　　　Petitioner,<br><br>v.<br><br>B. Hudson,<br><br>　　　　　Respondent. | **NO. CV-24-00408-TUC-JGZ (BGM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 23, 2024,  judgment is entered in favor of respondents and against petitioner. Petitioner to take nothing, and the petition and action are dismissed without prejudice for failure to comply with the Court's orders.

October 8, 2024

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　By　　　Deputy Clerk